# EXHIBIT A

Transcript of YouTube Video

"The stomp, the myth, the legend - Behringer CENTAUR OVERDRIVE"

From the Behringer Channel

Available at  https://www.youtube.com/watch?v=rCX7OXUlslk



Sometimes a completely new idea comes along that revolutionizes the guitar world.  This thing created a whole new sonic avenue for guitarists like John Mayer, Jeff Beck, and Matt Schofield to explore.  However, "this is one of the most expensive pedals on the market; it's absolutely insane."  If you're looking for an unmistakable experience without the insane prices, this is going to be fun for you.

The origin of this iconic unit came from its creator's frustration of trying to achieve a great tone at lower volume levels, something I'm sure we've all struggled with.  Most of us will have been in this situation:  your amp is hitting that sweet spot of rich harmonic goodness that hard-driven analog tubes deliver then along comes the disgruntled sound engineer demanding the volume goes down.  Well, it was this exact reason that the Klon's creator, Bill Finnegan, went on a mission to create a pedal that could deliver rich, harmonic drive at low volume levels.  What he wanted was something subtle, a pedal that makes your amp sound like it's always in that sweet spot that we all crave so desperately.  It took over four years to perfect the design, hitting the market in 1994.  The pedal slowly grew in popularity until the demand overtook production.  Suddenly the price on the second hand market started to grow and surpass the price of the new builds, as people didn't want to wait out the long lead times to get hold of one of these mystical boxes.  When the pedal's production stopped, the element of scarcity of the original units exacerbated this upward trajectory, and this was the start of one of the most famous price hikes in guitar pedal history.

Now, we're throwing our hats in the ring.  Introducing Behringer Centaur Overdrive.  Long overdue, maybe, but some things are worth the wait.

[*Guitar Playing*]

So what exactly is this pedal doing?  A huge part of what makes this pedal so unique is hidden beneath the Gain control.  The Gain does two things:  not only does it introduce clipping from the Germanium diodes, but it also blends the clean sound with the overdriven signal, providing plenty of dynamic range, clarity, and natural picking response.  And this is where that transparent tonal quality originates.  Internally there's also some very clever goings on.  One of the big differences in this type of circuit is its ability to step up the voltage internally to 18 volts, which gives you more headroom and puts out higher harmonic information, resulting in a harmonically rich, but clear sound.

[*Guitar Playing*]

Now you may have noticed by looking at it, there's no plastic here.  This is an all metal enclosure.  It captures the original looks, but it comes in a smaller format.  This has been done to save space in your setup.  The engineers have your best interests at heart.  Small pedals leave more space to feed that pedal addiction that I know we all have.  Now if you're sitting there thinking I don't have a pedal addiction, then you're lying to yourself,

or this is the start of it.  Just like the original, the bypass is buffered.  Obviously, this is great for preventing signal loss when you're running longer cables, but it also is a testament to the engineers' efforts to replicate this design as accurately as possible.  All of this comes together in a very diverse guitar pedal.  So, let's take a look at a few ways you can use this.

One of the most popular ways to use this pedal is to get a nice, slightly driven tone from your already clean amplifier.  So this is the amp on clean.  [*Guitar Playing*]  And if we kick this into action.  [*Guitar Playing*]  So, here I've matched the volume and added some gain on the pedal.  This setup allows you to switch between clean and dirty sounds, like switching between a clean and dirty channel on an amp.  [*Guitar Playing*]  You can also use it as more of a boost to push the front end of your amp.  This works great on British-style amps, and it can really bring something special out of an already-on-the-verge-of-break-up amp tone.  So this is the amp tone without the pedal.  [*Guitar Playing*]  And then, this is it with.  [*Guitar Playing*]  Finally, and this one is straight out of the John Mayer playbook, you can gain stack it with another overdrive, especially a Tube Screamer style pedal.  This is like the secret sauce for the creamy lead tones. For this example, we'll be using Behringer TL-800.  Listen to this.

[*Guitar Playing*]

There's a hell of a lot of mojo crammed into this thing, and I think every amp deserves to have one of these in front of it.