# EXHIBIT C

# United States of America
## United States Patent and Trademark Office

# CENTAUR

**Reg. No. 6,147,899**

**Registered Sep. 08, 2020**

**Int. Cl.: 9, 15**

**Trademark**

**Principal Register**

Klon LLC (MASSACHUSETTS LIMITED LIABILITY COMPANY)
47 Bay State Avenue, Suite 2
Somerville, MASSACHUSETTS 02144

CLASS 9: Electronic effects pedals for use with musical instruments; sound effect pedals for musical instruments

FIRST USE 12-22-1994; IN COMMERCE 12-22-1994

CLASS 15: Foot pedals for use in connection with musical instruments; guitar pedals

FIRST USE 12-22-1994; IN COMMERCE 12-22-1994

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-727,831, FILED 12-20-2017



Director of the United States
Patent and Trademark Office



| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-05-14 09:00:00 EDT |
| **Mark:** | CENTAUR |

# CENTAUR

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87727831 | **Application Filing Date:** | Dec. 20, 2017 |
| **US Registration Number:** | 6147899 | **Registration Date:** | Sep. 08, 2020 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Sep. 08, 2020 | | |

**Publication Date:** May 28, 2019  **Notice of Allowance Date:** Jul. 23, 2019

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | CENTAUR |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Electronic effects pedals for use with musical instruments; sound effect pedals for musical instruments | | |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Dec. 22, 1994 | **Use in Commerce:** | Dec. 22, 1994 |

| | | | |
|---|---|---|---|
| **For:** | Foot pedals for use in connection with musical instruments; guitar pedals | | |
| **International Class(es):** | 015 - Primary Class | **U.S Class(es):** | 002, 021, 036 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Dec. 22, 1994 | **Use in Commerce:** | Dec. 22, 1994 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

| | |  | |
|---|---|---|---|
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |  | |
|---|---|---|---|
| **Owner Name:** | Klon LLC | | |
| **Owner Address:** | 47 Bay State Avenue, Suite 2<br>Somerville, MASSACHUSETTS UNITED STATES 02144 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | MASSACHUSETTS |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Keith Toms, Esq. | **Docket Number:** | 125804-00100 |
| **Attorney Primary Email Address:** | ktoms@mccarter.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Keith Toms, Esq.<br>MCCARTER & ENGLISH, LLP<br>265 FRANKLIN STREET<br>BOSTON, MASSACHUSETTS UNITED STATES 02110 | | |
| **Phone:** | 617-449-6500 | **Fax:** | 617-607-9200 |
| **Correspondent e-mail:** | ktoms@mccarter.com bostontrademarks@mccarter.com qkayton@mccarter.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 08, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 04, 2020 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Aug. 01, 2020 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jul. 28, 2020 | STATEMENT OF USE PROCESSING COMPLETE | |
| Jul. 09, 2020 | USE AMENDMENT FILED | |
| Jul. 28, 2020 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jul. 09, 2020 | TEAS STATEMENT OF USE RECEIVED | |
| Jan. 25, 2020 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jan. 23, 2020 | SOU EXTENSION 1 GRANTED | |
| Jan. 23, 2020 | SOU EXTENSION 1 FILED | |
| Jan. 23, 2020 | SOU TEAS EXTENSION RECEIVED | |
| Jul. 23, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| May 28, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 28, 2019 | PUBLISHED FOR OPPOSITION | |
| May 08, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 22, 2019 | ASSIGNED TO LIE | |
| Apr. 08, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 05, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Apr. 05, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Apr. 05, 2019 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Oct. 08, 2018 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Oct. 08, 2018 | FINAL REFUSAL E-MAILED | |
| Oct. 08, 2018 | FINAL REFUSAL WRITTEN | |
| Oct. 05, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 04, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 04, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 04, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 04, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |

| | |
|---|---|
| Apr. 04, 2018 | NON-FINAL ACTION E-MAILED |
| Apr. 04, 2018 | NON-FINAL ACTION WRITTEN |
| Apr. 01, 2018 | ASSIGNED TO EXAMINER |
| Jan. 06, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Dec. 23, 2017 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION       **Date in Location:** Aug. 01, 2020