# EXHIBIT D



Home  >  Guitar and Bass  >  Effects and Pedals  >  Distortion/Overdrive  >  CENTAUR OVERDRIVE

# CENTAUR OVERDRIVE
MSRP (Excl. US): USD 59.90



**Buy Now**

Sweetwater
thomann
amazon
Long & McQuade
Andertons
Guitar Center

**Product Library**

▶ Documentation
▶ Media

Legendary Transparent Boost Overdrive with Huge Dynamic Range, Gain on Tap and Soft Clipping Diodes Inspired by Germanium Characteristics

**Product Features**                                                                 Show less ▲

- Legendary overdrive with transparent "amp-like" tone, touch and feel
- Dual-potentiometer gain control with wide range for boost, overdrive and distortion
- All analog circuitry with Germanium diodes for soft transitional clipping
- Stepped up internal voltage provides huge dynamic range
- Treble control for custom tailoring high frequencies
- Discrete buffered true bypass avoids high-frequency loss from long cable runs
- Robust housing with authentic vintage styling
- Runs on 9 V battery or Behringer PSU-SB DC power supply (not included)

**Careers**
Be Part of the Tribe



**Learn**
Enjoy courses and lessons





We'd like to hear from you





### CENTAUR OVERDRIVE

It's a pedal as legendary as the many mythological creatures it's named after. But whatever shape it takes, or whichever four-legged animal it goes by, it's popularity and mythical status among guitarists is unquestionable. Introducing the Behringer CENTAUR OVERDRIVE.



circuit is a dual potentiometer gain control – an improved version of the original concentric gain control which makes it more reliable and precise. Simply put, you get to easily dial in your tone to get a completely clean signal or have more overdrive mixed in as you turn the knob all the way up.

### Squeaky Clean or Awesomely Dirty



Another great characteristic of CENTAUR OVERDRIVE is its natural ability to respond well to picking dynamics. The pedal's high headroom and high-quality diodes make this possible. With CENTAUR OVERDRIVE in the chain, you can dance lightly on the strings for a cleaner tone or really dig in to make your guitar, and amp, roar.

Show more ▼

## Specification                                                                 Show more ▼

## Videos

**Related Videos**                                                               View All >

Video Coming Soon

behringer

See what other think about this product

4 ⭐ 0
3 ⭐ 0
2 ⭐ 0
1 ⭐ 0

**0.0** /0.0
⭐⭐⭐⭐⭐

Write Your Review


Support
We love to help you


About
Learn more about Behringer


Downloads
Get everything you need


Buy
Get great deals now

| Support | Brands | About | Site Information |
|---|---|---|---|
| FAQ's | Aston Microphones | Join Us | Terms of Use |
| Product Registration | Midas | Our Story | Privacy Policy |
| Customer Support | Lab Gruppen | | Cookie Policy |
| Pre-Sales | Tannoy | | Intellectual Property |
| Spare Parts | Turbosound | | Site Map |
| Downloads | TC Electronic | | Contact Us |
| Warranty Terms & Conditions | TC Helicon | | |
| Website Feedback | Behringer | | |
| | Klark Teknik | | |
| | Bugera | | |
| | Lake | | |
| | Coolaudio | | |

Follow Us

    

Copyright © 2025 Empower Tribe HQ FZE. All rights reserved.