# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLON LLC and <br> WILLIAM FINNEGAN <br><br> Plaintiffs, <br> v. <br><br> EMPOWER TRIBE HQ FZE <br> EMPOWER TRIBE COMMERCIAL FZE <br> MUSIC TRIBE BRANDS DK A/S, <br> EMPOWER TRIBE INNOVATIONS UK LTD., <br> EMPOWER TRIBE INNOVATIONS US INC., and <br> JOHN DOES 1-10, <br><br> Defendants. | CA No. 25-11580 |

## CORPORATE DISCLOSURE STATEMENT OF KLON LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, KLON LLC in the above-captioned action, hereby states it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

By their attorneys:

/s/ Keith Toms
Keith Toms (BBO#: 663369)
KToms@mccarter.com
Anne E. Shannon (BBO#: 687991)
AShannon@mccarter.com
McCarter & English LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6500

ME1 44475637v.1