# EXHIBIT B

# United States of America
## United States Patent and Trademark Office

# CENTAUR

**Reg. No. 5,661,741**  
**Registered Jan. 22, 2019**  
**Int. Cl.: 15, 37**  
**Service Mark**  
**Trademark**  
**Principal Register**

KLON LLC (MASSACHUSETTS LIMITED LIABILITY COMPANY)
47 Bay State Ave., Suite 2
Somerville, MASSACHUSETTS 02144

CLASS 15: Electronic effects pedals for use with musical instruments; Foot pedals for use in connection with musical instruments; Guitar pedals; Sound effect pedals for musical instruments

FIRST USE 12-22-1994; IN COMMERCE 12-22-1994

CLASS 37: Repair and maintenance of electronic effects pedals for use with musical instruments

FIRST USE 12-22-1994; IN COMMERCE 12-22-1994

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-648,716, FILED 06-02-2015



Director of the United States
Patent and Trademark Office

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-05-14 08:59:13 EDT |
| **Mark:** | CENTAUR |

# CENTAUR

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86648716 | **Application Filing Date:** | Jun. 02, 2015 |
| **US Registration Number:** | 5661741 | **Registration Date:** | Jan. 22, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Jan. 22, 2019 | | |

**Publication Date:** Oct. 20, 2015  **Notice of Allowance Date:** Dec. 15, 2015

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | CENTAUR |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1283131 |
| **International Application(s) /Registration(s) Based on this Property:** | A0055026/1283131 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Electronic effects pedals for use with musical instruments; Foot pedals for use in connection with musical instruments; Guitar pedals; Sound effect pedals for musical instruments | | |
| **International Class(es):** | 015 - Primary Class | **U.S Class(es):** | 002, 021, 036 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Dec. 22, 1994 | **Use in Commerce:** | Dec. 22, 1994 |
| **For:** | Repair and maintenance of electronic effects pedals for use with musical instruments | | |
| **International Class(es):** | 037 - Primary Class | **U.S Class(es):** | 100, 103, 106 |
| **Class Status:** | ACTIVE | | |

**First Use:** Dec. 22, 1994     **Use in Commerce:** Dec. 22, 1994

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | KLON LLC |
| **Owner Address:** | 47 BAY STATE AVE., SUITE 2<br>SOMERVILLE, MASSACHUSETTS UNITED STATES 02144 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | MASSACHUSETTS |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Keith Toms, | **Docket Number:** | 125804-00100 |
| **Attorney Primary Email Address:** | ktoms@mccarter.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Keith Toms,<br>MCCARTER & ENGLISH, LLP<br>265 FRANKLIN ST<br>BOSTON, MASSACHUSETTS United States 02110-3113 |
| **Phone:** | 617-449-6500 |
| **Correspondent e-mail:** | ktoms@mccarter.com aried@mccarter.com bostontrademarks@mccarter.com mandrews@mccarter.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 14, 2025 | TEAS SECTION 8 RECEIVED | |
| Jan. 22, 2024 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Jan. 22, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 21, 2018 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Dec. 20, 2018 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Dec. 18, 2018 | DATA MODIFICATION COMPLETED | |
| Dec. 18, 2018 | ASSIGNED TO LIE | |
| Nov. 28, 2018 | DIVISIONAL REQUEST RECEIVED | |
| Dec. 18, 2018 | STATEMENT OF USE PROCESSING COMPLETE | |
| Dec. 17, 2018 | USE AMENDMENT FILED | |
| Dec. 17, 2018 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 20, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 19, 2018 | SOU EXTENSION 5 GRANTED | |
| Jun. 14, 2018 | SOU EXTENSION 5 FILED | |
| Jun. 14, 2018 | SOU TEAS EXTENSION RECEIVED | |
| Jun. 14, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 16, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Dec. 14, 2017 | SOU EXTENSION 4 GRANTED | |

| | |
|---|---|
| Dec. 14, 2017 | SOU EXTENSION 4 FILED |
| Dec. 14, 2017 | SOU TEAS EXTENSION RECEIVED |
| Jun. 10, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Jun. 08, 2017 | SOU EXTENSION 3 GRANTED |
| Jun. 08, 2017 | SOU EXTENSION 3 FILED |
| Jun. 08, 2017 | SOU TEAS EXTENSION RECEIVED |
| Dec. 28, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Dec. 27, 2016 | SOU EXTENSION 2 GRANTED |
| Dec. 06, 2016 | SOU EXTENSION 2 FILED |
| Dec. 24, 2016 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
| Dec. 06, 2016 | SOU TEAS EXTENSION RECEIVED |
| Jun. 11, 2016 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| Jun. 09, 2016 | SOU EXTENSION 1 GRANTED |
| Jun. 09, 2016 | SOU EXTENSION 1 FILED |
| Jun. 09, 2016 | SOU TEAS EXTENSION RECEIVED |
| Dec. 15, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Oct. 20, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Oct. 20, 2015 | PUBLISHED FOR OPPOSITION |
| Sep. 30, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Sep. 15, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Sep. 14, 2015 | ASSIGNED TO EXAMINER |
| Jun. 08, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 05, 2015 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Dec. 20, 2018