# EXHIBIT D



Home  >  Guitar and Bass  >  Effects and Pedals  >  Distortion/Overdrive  >  CENTAUR OVERDRIVE

# CENTAUR OVERDRIVE

**MSRP (Excl. US): USD 59.90**



**Buy Now**





Legendary Transparent Boost Overdrive with Huge Dynamic Range, Gain on Tap and Soft Clipping Diodes Inspired by Germanium Characteristics

Product Features                                             Show less ▲

- Legendary overdrive with transparent "amp-like" tone, touch and feel
- Dual-potentiometer gain control with wide range for boost, overdrive and distortion
- All analog circuitry with Germanium diodes for soft transitional clipping
- Stepped up internal voltage provides huge dynamic range
- Treble control for custom tailoring high frequencies
- Discrete buffered true bypass avoids high-frequency loss from long cable runs
- Robust housing with authentic vintage styling
- Runs on 9 V battery or Behringer PSU-SB DC power supply (not included)

**Product Library**

► Documentation

► Media



Careers
Be Part of the Tribe

Learn
Enjoy courses and lessons







### CENTAUR OVERDRIVE

It's a pedal as legendary as the many mythological creatures it's named after. But whatever shape it takes, or whichever four-legged animal it goes by, it's popularity and mythical status among guitarists is unquestionable. Introducing the Behringer CENTAUR OVERDRIVE.





circuit is a dual potentiometer gain control – an improved version of the original concentric gain control which makes it more reliable and precise. Simply put, you get to easily dial in your tone to get a completely clean signal or have more overdrive mixed in as you turn the knob all the way up.



### Squeaky Clean or Awesomely Dirty

Another great characteristic of CENTAUR OVERDRIVE is its natural ability to respond well to picking dynamics. The pedal's high headroom and high-quality diodes make this possible. With CENTAUR OVERDRIVE in the chain, you can dance lightly on the strings for a cleaner tone or really dig in to make your guitar, and amp, roar.

Show more ▼

| Specification | Show more ▼ |

### Videos

**Related Videos**                                                                                                  View All >

Video Coming Soon




See what other think about this product

| | | |
|---|---|---|
| 4 ☆ | | 0 |
| 3 ☆ | | 0 |
| 2 ☆ | | 0 |
| 1 ☆ | | 0 |

**0.0**/0.0
☆☆☆☆☆

Write Your Review






### Support
FAQ's
Product Registration
Customer Support
Pre-Sales
Spare Parts
Downloads
Warranty Terms & Conditions
Website Feedback

### Brands
Aston Microphones
Midas
Lab Gruppen
Tannoy
Turbosound
TC Electronic
TC Helicon
Behringer
Klark Teknik
Bugera
Lake
Coolaudio

### About
Join Us
Our Story

### Site Information
Terms of Use
Privacy Policy
Cookie Policy
Intellectual Property
Site Map
Contact Us

### Follow Us







Copyright © 2025 Empower Tribe HQ FZE. All rights reserved.

