# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLON LLC and <br> WILLIAM FINNEGAN <br><br> Plaintiffs, <br><br> v. <br><br> EMPOWER TRIBE HQ FZE, <br> EMPOWER TRIBE COMMERCIAL FZE, <br> MUSIC TRIBE BRANDS DK A/S, <br> EMPOWER TRIBE INNOVATIONS UK LTD., <br> EMPOWER TRIBE INNOVATIONS US INC., and <br> JOHN DOES 1-10, <br><br> Defendants. | C.A. No. 1:25-CV-11580-NMG |

## NOTICE OF APPEARANCE OF ANNE E. SHANNON
## ON BEHALF OF KLON LLC AND WILLIAM FINNEGAN

Please enter the appearance of Anne E. Shannon, Esq. of McCarter & English LLP, as counsel for the Plaintiffs KLON LLC, and William Finnegan.

Dated: July 16, 2025

**KLON LLC and WILLIAM FINNEGAN**

By:   */s/ Anne E. Shannon*
Anne E. Shannon
McCarter & English LLP
265 Franklin Street
Boston, MA 02110
(617) 449-6500
ashannon@mccarter.com

Attorneys for Plaintiffs

ME1\54410570.v1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                                                */s/Anne E. Shannon*
                                                                                                Anne E. Shannon