# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KLON LLC and<br>WILLIAM FINNEGAN<br><br>      Plaintiffs,<br><br>v.<br><br>EMPOWER TRIBE HQ FZE,<br>EMPOWER TRIBE COMMERCIAL FZE,<br>MUSIC TRIBE BRANDS DK A/S,<br>EMPOWER TRIBE INNOVATIONS UK LTD.,<br>EMPOWER TRIBE INNOVATIONS US INC., and<br>JOHN DOES 1-10,<br><br>      Defendants. | C.A. No. 1:25-CV-11580-NMG |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Klon LLC ("Klon") and William Finnegan ("Finnegan") hereby dismiss the above-captioned matter with prejudice, and without costs to any party.

Dated: September 29, 2025　　　　　　　　　　**KLON LLC and WILLIAM FINNEGAN**

　　　　　　　　　　　　　　　　　By:　　*/s/ Keith Toms*
　　　　　　　　　　　　　　　　　　　　Keith Toms
　　　　　　　　　　　　　　　　　　　　Anne E. Shannon
　　　　　　　　　　　　　　　　　　　　McCarter & English LLP
　　　　　　　　　　　　　　　　　　　　265 Franklin Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　(617) 449-6500
　　　　　　　　　　　　　　　　　　　　ktoms@mccarter.com
　　　　　　　　　　　　　　　　　　　　ashannon@mccarter.com

- 2 -

        Matthew S. Borick
        William J. Morris III
        Downs Rachlin Martin PLLC
        199 Main Street, P.O. Box 190
        Burlington, VT 05401-0190
        (802) 863-2375
        mborick@drm.com
        wmorris@drm.com

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

        */s/Keith Toms*
        Keith Toms

25186800.1